**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1027**

JAMES NATHANIEL DOUSE,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Louise W. Flanagan, District Judge.  (7:23-cv-01183-FL-RJ)

Submitted:  May 22, 2025                    Decided:  May 28, 2025

Before KING, AGEE, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

James Nathaniel Douse, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Nathaniel Douse filed an appeal in the underlying civil action he brought against the United States, which seeks relief under the Camp Lejeune Justice Act of 2022, Pub. L. No. 117-168, 136 Stat. 1759. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). Douse does not identify a final district court order, or an appealable interlocutory or collateral district court order, that he seeks to challenge on appeal, and our review of the district court record reveals no such order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny as moot Douse's motion for highly sensitive document protection, and deny the remaining pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*